1  GIOVANNI ORANTES – State Bar No. 190060
   **THE ORANTES LAW FIRM, P.C.**
2  3435 Wilshire Blvd., Suite 2920
   Los Angeles, CA  90010
3  Telephone:  (213) 389-4362
   Facsimile:   (877) 789-5776
4  go@gobklaw.com

5  Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re

    Eric West and
    Kay West,

               Debtors

Case No. **2:18-bk-21368-BR**

Chapter 7 Proceeding

**DECLARATION OF NORMA Y. MARTINEZ REGARDING SERVICE AT ADDITIONAL ADDRESSES FOR SCHEDULED CREDITOR**

-1-

## DECLARATION

I, Norma Y. Martinez, hereby declare and state as follows:

1. I am over the age of eighteen years and am not a party to this action; my business address is 3435 Wilshire Blvd. Suite 2920, Los Angeles, CA 90010, in Los Angeles County, California. I have personal knowledge of the foregoing facts and if I am called upon to testify I could and would do so competently thereto.

2. On October 12, 2018, I served a true and correct copy of the **Notice of Chapter 7 Bankruptcy Case (Docket 6)** by the following means:

3. **SERVED BY UNITED STATES MAIL**:

On October 12, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case number 2:18-bk-21368-BR by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

**State of Washington**
**C/o FAMS**
**Attn: President or Corp. Officer**
**Po Box 469**
**Woodstock, GA 30188-0469**

**State of Washington**
**C/o FAMS**
**Attn: President or Corp. Officer**
**665 Molly Lane, Suite 110**
**Woodstock, GA 30189**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 12, 2018 at Los Angeles, California.

_____
Norma Y. Martinez, Declarant

United States Bankruptcy Court
Central District of California

In re:                                                              Case No. 18-21368-BR
Eric West                                                           Chapter 7
Kay West
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-2         User: sfortierC         Page 1 of 2         Date Rcvd: Sep 28, 2018
                             Form ID: 309A          Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2018.
```
db/jdb         +Eric West,    Kay West,    858 S. Bedford St . #204,    Los Angeles, CA 90035-1826
smg            ++OFFICE OF  FINANCE   CITY OF LOS ANGELES,    200 N SPRING ST RM 101 CITY HALL,
                 LOS ANGELES CA 90012-3224
               (address filed with court: Los Angeles City Clerk,    P.O. Box 53200,
                 Los Angeles, CA  90053-0200)
39108100       +AES/EFS,    Attn: Bankruptcy Dept.,    Po Box 2461,    Harrisburg, PA 17105-2461
39108103       +BMW Financial Services NA, LLC,    C/o Radius Global Solutions, LLC,
                 Attn: President or Corp. Officer,    9550 Regency Square Blvd. Ste. 500A,
                 Jacksonville, FL 32225-8169
39108106        California Department of Tax & Fee,    Administration/Special Ops, MIC:55,    Po Box 942879,
                 Sacramento, CA 94279-0055
39108107       +Circuit Court for Frederick County,    Maryland,    100 West Patrick St.,
                 Frederick, MD 21701-5578
39108110       +Coastal Pay, LLC,    C/o Global Legal Resources, LLP,    5411 Avenida Encimas, Suite 280,
                 Carlsbad, CA 92008-4388
39108112       +Craig Cunningham,    3000 Custer Rd., Suite 2700-206,    Plano, TX 75075-4422
39108111       +Craig Cunningham,    5543 Edmondson Pike, Ste. 248,    Nashville, TN 37211-5808
39108115        Employment Development Department,    Benefit Overpayment Collection,    Po Box 826218,
                 Sacramento, CA 94230-6218
39108116       +Equifax,    Po Box 740241,    Atlanta, GA 30374-0241
39108117       +Experian,    475 Anton Blvd.,    Costa Mesa, CA 92626-7037
39108124        Montgomery County Court,    Po Box 311,    Norristown, PA 19404-0311
39108126       +Pearl Capital Business Funding, LLC,    Attn: President or Corp. Officer,
                 100 William St., 9th Floor,    New York, NY 10038-5056
39108125       +Pearl Capital Business Funding, LLC,    Attn: President or Corp. Officer,    251 Little Falls Dr.,
                 Wilmington, DE 19808-1674
39108127       +Premier Business Center,    Attn: President or Corp. Officer,    9595 Wilshire Blvd., Suite 900,
                 Beverly Hills, CA 90212-2509
39108128       +Readyrefresh By Nestle,    C/o Caine & Weiner,    Attn: President or Corp. Officer,    Po Box 5010,
                 Woodland Hills, CA 91365-5010
39108131        State Board of Equalization,    Special Operations Bankruptcy Team,,    P.O. Box 942879,
                 Sacramento, CA 94279-0074
39108132       +State of Minnesota,    Dept. of Commerce,    85 7th Place East, Suite 280,
                 Saint Paul, MN 55101-2143
39108133       +State of Oregon,    David C. Tatman, Administrator,    Division of Finance and Corporate,
                 PO Box 14480,    Salem, OR 97309-0405
39108134       +State of Oregon,    David C. Tatman, Administrator,    Division of Finance and Corporate,
                 350 Winter St. NE,    Salem, OR 97301-3875
39108135        State of Washington,    Depart. of Financial Institutions,    Division of Consumer Services,
                 Po Box 41200,    Olympia, WA 98504-1200
39108136       +Superior Court of California,    County of San Diego,    325 S. Melrose Dr.,
                 Vista, CA 92081-6627
39108137       +Thrasher Buschmann & Voelkel, PC,    151 N. Delaware, Suite 1900,    Indianapolis, IN 46204-2505
39108138        TransUnion,    Po Box 1000,    Chester, PA 19022
39108139       +U.S. Small Business Administration,    Attn: So Cal Legal Unit,
                 330 North Brand Boulevard, Suite 12,    Glendale, CA 91203-2308
39108140       +United States Attorney s Office,    Federal Building, Room 7516,    300 North Los Angeles Street,
                 Los Angeles, CA 90012-3336
39108141       +United States Department of Justice,    Ben Franklin Station,    Po Box 683,
                 Washington, DC 20044-0683
39108122       +iPayment, Inc.,    WorldPay,    Attn: President or Corp. Officer,    P.O. Box 3429,
                 Westlake Village, CA 91359-0429
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: go@gobklaw.com Sep 29 2018 03:29:05     Giovanni Orantes,    Orantes Law Firm PC,
                 3435 Wilshire Blvd Ste 2920,    Los Angeles, CA  90010
tr             +EDI: BEMILLER.COM Sep 29 2018 07:18:00      Elissa Miller (TR),    SulmeyerKupetz,
                 333 S Hope St,    35th fl,    Los Angeles, CA 90071-1406
smg             E-mail/Text: finance.bankruptcy@lacity.org Sep 29 2018 03:29:25     Los Angeles City Clerk,
                 P.O. Box 53200,    Los Angeles, CA  90053-0200
39108101       +EDI: APPLIEDBANK.COM Sep 29 2018 07:19:00      Applied Bank,    Attn: President or Corp. Officer,
                 Po Box 17125,    Wilmington, DE 19850-7125
39108102        EDI: BMW.COM Sep 29 2018 07:19:00      BMW Financial Services,    Attn: Bankruptcy Department,
                 Po Box 3608,    Dublin, OH 43016
39108105       +EDI: FSAE.COM Sep 29 2018 07:19:00      BMW Financial Services NA, LLC,
                 C/o FirstSource Advantage, LLC,    Attn: President or Corp. Officer,    205 Bryant Woods South,
                 Amherst, NY 14228-3609
39108104        EDI: FSAE.COM Sep 29 2018 07:19:00      BMW Financial Services NA, LLC,
                 C/o FirstSource Advantage, LLC,    Po Box 628,    Buffalo, NY 14240-0628
39108108       +E-mail/Text: bankruptcy@cavps.com Sep 29 2018 03:30:23     Citibank,
                 C/o Cavalry Portfolio Services,    Attn: President or Corp. Officer,
                 500 Summit Lake, Ste. 400,    Valhalla, NY 10595-2322
```

```
District/off: 0973-2           User: sfortierC              Page 2 of 2                  Date Rcvd: Sep 28, 2018
                               Form ID: 309A                Total Noticed: 49

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
39108109          E-mail/Text: bankruptcy@cavps.com Sep 29 2018 03:30:24      Citibank,
                  C/o Cavalry Portfolio Services, LLC,    Po Box 27288,    Tempe, AZ 85285-7288
39108113         +EDI: DISCOVER.COM Sep 29 2018 07:18:00      Discover Financial Services,
                  Attn: President or Corp. Officer,    Po Box 3025,    New Albany, OH 43054-3025
39108114          EDI: EDD.COM Sep 29 2018 07:18:00      Employment Development Department,
                  Bankruptcy Group MIC 92E,    Po Box 826880,    Sacramento, CA 94280-0001
39108118          E-mail/Text: bankruptcy@ftc.gov Sep 29 2018 03:30:32      Federal Trade Commission,
                  800 Pennsylvania Ave. NW,    Washington, DC 20580
39108119         +EDI: AMINFOFP.COM Sep 29 2018 07:18:00      First Premier Bank,
                  Attn: President or Corp. Officer,    Po Box 5524,    Sioux Falls, SD 57117-5524
39108120          EDI: CALTAX.COM Sep 29 2018 07:18:00      Franchise Tax Board,    Bankruptcy Section, MS: A-340,
                  Po Box 2952,    Sacramento, CA 95812-2952
39108121          EDI: IRS.COM Sep 29 2018 07:19:00      Internal Revenue Service,    Po Box 7346,
                  Philadelphia, PA 19101-7346
39108123         +EDI: DAIMLER.COM Sep 29 2018 07:19:00      Mercedes-Benz Financial Services,
                  Attn: President or Corp. Officer,    Po Box 685,    Roanoke, TX 76262-0685
39108130         +E-mail/Text: banko@acsnv.com Sep 29 2018 03:30:35      Sprint,    C/o Allied Collection Services,
                  Attn: President or Corp. Officer,    3080 South Durango Dr., Suite 208,
                  Las Vegas, NV 89117-9194
39108131          EDI: CALTAXFEE Sep 29 2018 07:18:00      State Board of Equalization,
                  Special Operations Bankruptcy Team,,    P.O. Box 942879,    Sacramento, CA 94279-0074
39108129          E-mail/Text: LAROBankruptcy@SEC.gov Sep 29 2018 03:29:59      Securities and Exchange Commission,
                  5670 Wilshire Blvd., 11th Floor,    Los Angeles, CA 90036
39108142         +EDI: VERIZONCOMB.COM Sep 29 2018 07:18:00      Verizon Wireless,
                  Attn: President or Corp. Officer,    500 Technology Dr., Ste. 550,
                  Weldon Spring, MO 63304-2225
39108143          EDI: DCI.COM Sep 29 2018 07:19:00      Verizon Wireless,    C/o Diversified Consultants, Inc.,
                  Attn: president or Corp. Officer,    Po Box 551268,    Jacksonville, FL 32255-1268
39108144          EDI: WFFC.COM Sep 29 2018 07:18:00      Wells Fargo Bank,    Attn: President or Corp. Officer,
                  Po Box 6429,    Greenville, SC 29606
                                                                                               TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
                  Sacramento, CA 94280-0001
smg*             Franchise Tax Board,    Bankruptcy Section MS: A-340,    P.O. Box 2952,
                  Sacramento, CA 95812-2952
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2018 at the address(es) listed below:
              Elissa Miller (TR)    CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com
              Giovanni Orantes     on behalf of Joint Debtor Kay West go@gobklaw.com, gorantes@orantes-law.com,
              cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com
              Giovanni Orantes     on behalf of Debtor Eric West go@gobklaw.com, gorantes@orantes-law.com,
              cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                               TOTAL: 4
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Eric West | Social Security number or ITIN  xxx-xx-5240 |
| | First Name  Middle Name  Last Name | EIN  __-_____ |
| Debtor 2 (Spouse, if filing) | Kay West | Social Security number or ITIN  xxx-xx-9516 |
| | First Name  Middle Name  Last Name | EIN  __-_____ |
| United States Bankruptcy Court | Central District of California | Date case filed for chapter 7  9/27/18 |
| Case number: | 2:18-bk-21368-BR | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline    12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Eric West | Kay West |
| 2. | All other names used in the last 8 years | aka Tobias West, aka Toby West, aka Tobias Ilya Alexei West, aka Eric Gavin West | aka Komal I West |
| 3. | Address | 858 S. Bedford St . #204<br>Los Angeles, CA 90035 | 858 S. Bedford St . #204<br>Los Angeles, CA 90035 |
| 4. | Debtor's attorney<br>Name and address | Giovanni Orantes<br>Orantes Law Firm PC<br>3435 Wilshire Blvd Ste 2920<br>Los Angeles, CA 90010 | Contact phone 888-619-8222<br>Email _____ |
| 5. | Bankruptcy trustee<br>Name and address | Elissa Miller (TR)<br>SulmeyerKupetz<br>333 S Hope St<br>35th fl<br>Los Angeles, CA 90071 | Contact phone 213-626-2311<br>Email _____ |

For more information, see pages 2 and 3 >

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline**    page 1

Debtor  **Eric West** and **Kay West**                                                                                                  Case number **2:18-bk-21368-BR**

| 6. | Bankruptcy clerk's office | 255 East Temple Street, Los Angeles, CA 90012 | Hours Open: 9:00 AM – 4:00 PM |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | | Contact phone 855-460-9641 |
| | | | Dated: 9/28/18 |

| 7. | Meeting of creditors | November 1, 2018 at 10:00 AM | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath by the trustee and by creditors. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | 915 Wilshire Blvd., 10th Floor, Meeting Room 2, Los Angeles, CA 90017 |

| 8. | Presumption of abuse | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. |
|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. | Deadlines | File by the deadline to object to discharge or to challenge whether certain debts are dischargeable: | Filing deadline: 12/31/18 |
|---|---|---|---|
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the conclusion of the meeting of creditors |

| 10. | Proof of claim | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|
| | Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. | Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 12. | Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|---|

For more information, see pages 1 and 3 >

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline**                                page 2

Debtor  Eric West  and  Kay West                                                    Case number  **2:18-bk-21368-BR**

| | | |
|---|---|---|
| **13. Proof of Debtor Identification (ID) and Proof of Social Security Number(SSN)** | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state-issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W-2 form, pay stub, payment advice, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. | |
| **14. Failure to File a Statement and/or Schedule(s)** | IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS, the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br><br>SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS, tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. | |
| **15. Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. | |

**For more information, see pages 1 and 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline**                page 3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
The Orantes Law Firm, P.C. 3435 Wilshire Blvd., Ste. 2920, Los Angeles, CA 90010

A true and correct copy of the foregoing document entitled (*specify*): **Declaration of Norma Y. Martinez Regarding Service At Additional Addresses for Scheduled Creditor** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/12/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Elissa Miller (TR)
CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;C124@ecfcbis.com

Rejoy Nalkara on behalf of Creditor BMW Financial Services NA, LLC, c/o AIS Portfolio Services, LP
rejoy.nalkara@americaninfosource.com

Giovanni Orantes on behalf of Debtor Eric West
go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com

Giovanni Orantes on behalf of Joint Debtor Kay West
go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com

United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **10/12/2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| **United States Bankruptcy Court**<br>**Hon. Judge Barry Russell**<br>**255 E. Temple Street, Suite 1660**<br>**Los Angeles, CA 90012** | **State of Washington**<br>**C/o FAMS**<br>**Attn: President or Corp. Officer**<br>**Po Box 469**<br>**Woodstock, GA 30188-0469** |
| **State of Washington**<br>**C/o FAMS**<br>**Attn: President or Corp. Officer**<br>**665 Molly Lane, Suite 110**<br>**Woodstock, GA 30189** | |

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                               F 9013-3.1.PROOF.SERVICE

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/12/2018 | Norma Y. Martinez | _[signature]_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**