| | |
|---|---|
| Michael P. Mora (Ill. Bar No. 6199875)<br>Federal Trade Commission<br>600 Pennsylvania Ave., NW, Mailstop CC-9528<br>Washington, D.C. 20580<br>(202) 326-3373 (tel.); (202) 326-3197 (fax)<br>E-Mail:  mmora@ftc.gov<br><br>Stacy R. Procter (CA Bar No. 221078) (Local Counsel)<br>Federal Trade Commission<br>10990 Wilshire Boulevard, Suite 400<br>Los Angeles, CA 90024<br>(310) 824-4300, x4343 (tel.), (310) 824-4380 (fax)<br>sprocter@ftc.gov<br><br>*Attorneys for*:  Federal Trade Commission | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**DEC 11 2018**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY fortier    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>ERIC WEST<br><br>and<br><br>KAY WEST<br><br>                    Debtor(s)<br><br>                    Plaintiff(s)<br><br>vs.<br><br>                    Defendant(s) | CASE NO.: 2:18-bk-21368-BR<br>CHAPTER: 7<br><br>**ORDER ON APPLICATION OF<br>NON-RESIDENT ATTORNEY TO APPEAR IN<br>A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒ The Application is granted and the following person may appear as requested in the above-entitled case and related adversary proceedings:  Michael P. Mora, counsel for Federal Trade Commission

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                 F 2090-1.2.ORDER.NONRES.ATTY

☐ Payment of the admission fee is waived since applicant is an attorney for an agency of the United States Government.

###

Date: December 11, 2018

*[signature: Barry Russell]*

Barry Russell
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                                                            F 2090-1.2.ORDER.NONRES.ATTY